# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BROOKS, individually and on behalf of all other similarly situated individuals, | Case No. 2:26-cv-01838 |
| Plaintiff, | CLASS ACTION |
| v. | Filed March 20, 2026 |
| MRO CORPORATION and DEACONESS HEALTH SYSTEM, INC., | |
| Defendants. | |
| TERRY McCLEAVE, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-01869 |
| Plaintiff, | CLASS ACTION |
| v. | Filed March 20, 2026 |
| MRO CORPORATION and DEACONESS HEALTH SYSTEM, INC., | |
| Defendants. | |
| LISA SPRADLIN, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-01892 |
| Plaintiff, | CLASS ACTION |
| v. | Filed March 23, 2026 |
| MRO CORPORATION and DEACONESS HEALTH SYSTEM, INC., | |
| Defendants. | |

-1-

| | |
|---|---|
| MARK SOPER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>  v.<br><br>MRO CORPORATION, MEDICOPY SERVICES, INC., and DEACONESS HEALTH SYSTEM, INC.,<br><br>       Defendants. | Case No. 2:26-cv-01909<br><br>CLASS ACTION<br><br>Filed March 24, 2026 |
| ALLISON MCCALISTER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>MRO CORPORATION, MEDICOPY SERVICES, INC., and DEACONESS HEALTH SYSTEM, INC.,<br><br>       Defendants. | Case No. 2:26-cv-02010<br><br>CLASS ACTION<br><br>Filed March 27, 2026 |
| CRYSTAL FITZGERRAL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>MRO CORPORATION, MEDICOPY SERVICES, INC., and DEACONESS HEALTH SYSTEM, INC.,<br><br>       Defendants. | Case No. 2:26-cv-02042<br><br>CLASS ACTION<br><br>Filed March 27, 2026 |

KIMBERLY G. LAMB, individually and on behalf of all others similarly situated,

               Plaintiff,

      v.

MRO CORPORATION, MEDICOPY SERVICES, INC., and DEACONESS HEALTH SYSTEM, INC.,

               Defendants.

Case No. 2:26-cv-02156

CLASS ACTION

Filed April 2, 2026

## MOTION TO CONSOLIDATE CASES AND
## APPOINT INTERIM CO-LEAD CLASS COUNSEL

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs in the above-captioned actions respectfully request that the Court (1) consolidate the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a) under the caption of the first-filed *Brooks* docket, 2:26-cv-01838, and administratively close the *McCleave*, *Spradlin*, *Soper*, *McCallister*, *Fitzgerrel,* and *Lamb* actions; (2) appoint Kenneth J. Grunfeld of Kopelowitz Ostrow P.A., Andrew W. Ferich of Ahdoot & Wolfson, PC, and Samantha E. Holbrook of Shub Johns & Holbrook, LLP as interim co-lead class counsel, and Charles E. Schaffer of Levin Sedran & Berman, LLP as interim liaison counsel pursuant to Fed. R. Civ. P. 23(g)(3); and (3) set deadlines for Plaintiffs to file a consolidated class action complaint within 30 days of any Order appointing interim class counsel, and 45 days for Defendants to respond to the consolidated complaint.

Counsel for all Plaintiffs in all the filed actions support this motion.

Counsel for Plaintiffs have conferred with counsel for all Defendants, and Defendants do not oppose consolidation, but take no position with respect to the requested lead counsel appointments.

-3-

A proposed Order has been filed contemporaneously herewith.

Dated: April 13, 2026

Respectfully submitted,

/s/ Kenneth J. Grunfeld
Kenneth J. Grunfeld (PA I.D. No. 84121)
**KOPELOWITZ OSTROW P.A.**
65 Overhill Rd
Bala Cynwyd, PA 19004
Tel: (954) 525-4100
grunfeld@kolawyers.com

Andrew W. Ferich (PA I.D. No. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road
Suite 650
Radnor, PA 19087
Tel: (310) 474-9111
aferich@ahdootwolfson.com

Samantha E. Holbrook (PA I.D. No. 311829)
**SHUB JOHNS & HOLBROOK LLP**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Tel: (610) 477-8380
sholbrook@shublawyers.com

*Proposed Interim Co-Lead Class Counsel*

Charles E. Schaffer (PA I.D. No. 76259)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel.: (215) 592-1500
Fax: (215) 592-4663
cschaffer@lfsblaw.com

*Proposed Interim Liaison Counsel*

-4-

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

/s/ Kenneth J. Grunfeld
Kenneth J. Grunfeld