

Ahdoot & Wolfson, PC ("AW") is a nationally recognized law firm founded in 1998 that specializes in complex and class action litigation, with a focus on privacy rights, unfair and anti-competitive business practices, consumer fraud, employee rights, defective products, civil rights, and taxpayer rights and unfair practices by municipalities. The attorneys at AW are experienced litigators who often have been and are appointed by state and federal courts as lead class counsel, including in multidistrict litigation. In over two decades of its successful existence, AW has successfully vindicated the rights of millions of class members in protracted, complex litigation, conferring billions of dollars to the victims, and affecting real change in corporate behavior.

### Profile of Partner Andrew W. Ferich



Mr. Ferich is a leading national data privacy practitioner known for his collaborative approach with co-counsel, and his zealous advocacy for the clients and classes he represents. He has extensive experience serving in leadership roles in complex class actions, including some of the highest profile data privacy and consumer class action cases.

Examples of Mr. Ferich's leadership abound. He is routinely appointed as interim co-lead class counsel in major data breach class action litigation, including many of the highest profile data breach class actions. Mr. Ferich is one of the most frequently appointed attorneys called upon by courts to lead data breach class action litigation around the country, and he has been appointed to lead nearly every major data privacy matter in the Eastern District of Pennsylvania over the last few years.

For example, in *Anaya, et al. v. Cencora, Inc., et al.*, No. 24-2961 (E.D. Pa.) (Rufe, J.), Mr. Ferich is co-lead class counsel in a massive data breach class action lawsuit involving over 10 million class members. The case involves a medical information hub-and-spoke-like data breach involving Cencora (f/k/a AmerisourceBergen) and numerous of its pharmaceutical company customers. Judge Rufe recently granted final approval of a $40 million common fund data breach settlement, that also provides for injunctive relief. This is one of the largest data breach class action settlements to proceed through the Eastern District of Pennsylvania.

In *Bianucci v. Rite Aid Corp.*, No. 2:24-cv-03356-HB (E.D. Pa.), Judge Bartle recently approved a $6.8 million common fund class action settlement on behalf of 2.2 million consumers. After Mr. Ferich and rescued this settlement from bankruptcy proceedings, in granting final settlement approval, Judge Bartle commented that class counsel were "notably efficient in resolving the[] claims before bankruptcy," and that the way in which Mr. Ferich "dealt with Rite Aid's intervening bankruptcy" was "admirable," observing that the team "could not have secured a better outcome for the class."

*See also Reichbart v. Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-01876, ECF No. 23 (E.D. Pa. July 17, 2024) (Quiñones Alejandro, J.) (Mr. Ferich is one of four court-appointed interim co-lead class counsel in a data breach class action lawsuit involving a debt collection company and its customers, in which over 4 million class members are impacted); *Volio v. Sugarhouse HSP Gaming, L.P. d/b/a Rivers Casino Philadelphia, et al.*, No. 2:25-cv-00039-JDW (E.D. Pa.) (Wolson, J.) (Mr. Ferich is one of four court-appointed interim co-lead class counsel in a casino data breach involving Social Security numbers and direct deposit information of many individuals); *Hall v. Healthcare Services Group Inc.*, No. 2:25-cv-04908-JDW (E.D. Pa. Nov. 25, 2025) (Wolson, J.) (appointing Mr. Ferich over competing counsel to lead class action litigation relating to a data breach impacting many hundreds of thousands of beach victims, finding that Mr. Ferich can "best represent the putative class"); *Keene v. Tekni-Plex, Inc.*, No. 2:25-cv-05584-CFK (E.D. Pa.) (Kenney, J.) (Mr. Ferich is appointed interim co-lead class counsel in this data breach litigation); *Brousseau v. Arctic Glacier U.S.A., Inc.*, No. 2:25-cv-04440-GAM (E.D. Pa.) (McHugh, J.) (Mr. Ferich was appointed as interim co-lead counsel in this data breach litigation involving alleged disclosure of sensitive personal information).

Mr. Ferich recently appointed to the Plaintiffs' Steering Committee in the Snowflake MDL, a massive hub-and-spoke data breach litigation. *See In re: Snowflake, Inc. Data Security Breach Litigation*, 2:24-md-03126-BMM (D. Mont.), ECF Nos. 253, 255 (appointing Mr. Ferich to the Plaintiffs' Steering Committee and to serve on the law and briefing team and manage the Snowflake defendant track).

Mr. Ferich was at the forefront of the highly publicized Accellion hub-and-spoke data breach litigation. In two of the Accellion cases, final settlement approval was granted, and Mr. Ferich was appointed as co-lead class counsel. *See Harbour, et al. v. California Health & Wellness Plan, et al.*, No. 5:21-cv-03322 (N.D. Cal.) (Hon. Edward J. Davila) (approved $10 million nationwide class action settlement, that also provided robust injunctive relief); *Cochran, et al. v. The Kroger Co., et al.*, No. 5:21-cv-01887-EJD (N.D. Cal.), ECF No. 115 (approved $5 million nationwide class action settlement, that also provided robust injunctive relief).

Mr. Ferich routinely is appointed in other major, non-privacy class action litigations. A comprehensive list of Mr. Ferich's case appointments and leadership, results, and other active litigation can be found at the end of this biography.

For example, in *Udeen v. Subaru of Am., Inc.*, No. 18-17334 (RBK) (JS)(D.N.J.), Mr. Ferich was co-lead counsel in an automotive defect class action that resulted in a settlement valued at $6.25 million. Judge Kugler observed that Mr. Ferich and his co-counsel "are very skilled and very efficient lawyers . . . . They've done a nice job." In *Steinhardt et al. v. Volkswagen Group of America, Inc. et al.*, No. 3:23-cv-02291-RK-RLS (D.N.J.), Mr. Ferich was appointed co-lead settlement class counsel in lawsuit that alleged a defective belt start generator in certain Audi automobiles and involved hundreds of thousands of class members. That settlement, valued at over $30 million, received final settlement approval, and Judge Kirsch observed that Mr. Ferich and his team "are highly experienced and dedicated attorneys who secured what I view to be an excellent outcome for the class." *Id.*, ECF No. 76; *see also Smith, et al. v. VCA Inc., et al.*, No. 2:21-cv-09140-GW-AGR (C.D. Cal.) (Mr. Ferich is class counsel in approved ERISA class action settlement relating to case alleging excessive 401(k) plan recordkeeping and administrative fees, and other fiduciary breaches).

Mr. Ferich is admitted to the bars of Pennsylvania, New Jersey, and the District of Columbia. He graduated from Georgetown University and received his law degree from the Villanova University Charles Widger School of Law. Mr. Ferich has significant experience in consumer protection, ERISA/retirement plan, and whistleblower/*qui tam* litigation. Before joining the plaintiffs' bar, Mr. Ferich was an attorney at an AmLaw 200 national litigation firm in Philadelphia where he focused his practice on commercial litigation and financial services litigation. Mr. Ferich possesses major jury trial experience and has assisted in litigating cases through all stages that have collectively resulted in hundreds of millions of dollars in settlement value in damages and injunctive relief for various classes and groups of people.

### AW's Results and Current Noteworthy Leadership Roles in Privacy Cases

AW has achieved excellent results as lead counsel in numerous complex class actions throughout its more than two-decade existence.

As co-lead counsel in the *Zoom Video Communications, Inc. Privacy Litigation*, No. 5:20-cv-02155 (N.D. Cal.) (Hon. Laurel Beeler), a nationwide class action alleging privacy violations from the collection of personal information through third-party software development kits and failure to provide end to end encryption, AW achieved an $85 million nationwide class settlement that also included robust injunctive relief overhauling Zoom's data collection and security practices.

As co-lead counsel in the *Experian Data Breach Litigation*, No. 8:15-cv-01592-AG-DFM (C.D. Cal.) (Hon. Andrew J. Guilford), which affected nearly 15 million class members, AW achieved a settlement conservatively valued at over $150 million. Each class member was entitled to two years of additional premium credit monitoring and ID theft insurance (to begin whenever their current credit monitoring product, if any, expires) plus monetary relief (in the form of either documented losses or a default payment for non-documented claims). Experian also provided robust injunctive relief. Judge Guilford praised counsel's efforts and efficiency in achieving the settlement, commenting "You folks have truly done a great job, both sides. I commend you."

In *Rivera v. Google LLC*, No. 2019-CH-00990 (Ill Cir. Ct.) (Hon. Anna M. Loftus), a class action arising from Google's alleged illegal collection, storage, and use of the biometrics of individuals who appear in photographs uploaded to Google Photos in violation of the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, *et seq.*, AW achieved a settlement that establishes a $100 million non-reversionary cash settlement fund and provides meaningful prospective relief for the benefit of class members.

As an invaluable member of a five-firm PSC in the *Premera Blue Cross Customer Data Sec. Breach Litigation*, No. 3:15-cv-02633-SI (D. Or.) (Hon. Michael H. Simon), arising from a data breach disclosing the sensitive personal and medical information of 11 million Premera Blue Cross members, AW was instrumental in litigating the case through class certification and achieving a nationwide class settlement valued at $74 million.

Similarly, in the *U.S. Office of Personnel Management Data Security Breach Litigation*, No. 1:15-mc-1394-ABJ (D.D.C.) (Hon. Amy Berman Jackson), AW, as a member of the PSC, briefed and argued, in part, the granted motions to dismiss based on standing, briefed in part the successful appeal to the D.C. Circuit, and had an important role in a preliminarily approved settlement providing for a $63 million settlement fund.

In *The Home Depot, Inc., Customer Data Sec. Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga.) (Hon. Thomas W. Thrash Jr.), AW served on the consumer PSC and was instrumental in achieving a $29 million settlement fund and robust injunctive relief for the consumer class.

AW also currently serves on the PSC in *Am. Med. Collection Agency, Inc., Customer Data Sec. Breach Litigation*, No. 2:19-md-2904-MCA-MAH (D.N.J.) (Hon. Madeline Cox Arleo), a class action arising out of a medical data breach that disclosed the personal and financial information of over 20 million patients, as well as many other data breach class actions.

*        *        *

AW has all the resources at its disposal necessary to effectively and efficiently litigate large scale class action litigation. The firm never has used litigation funding for any of its cases. AW employs 13 attorneys and numerous paralegals and support staff, and is willing and able to deploy its resources as needed in each of the cases it is leading. More information about AW and its lawyers is available at the firm's website, https://www.ahdootwolfson.com.

**ANDREW W. FERICH – AHDOOT & WOLFSON, P.C.**

**Case Results, Appointments and Leadership, and Active Litigation**

AUTOMOTIVE DEFECTS LITIGATION

*Results*

*Duffy, et al. v. Mazda Motor of America, Inc.*, No. 3:24-cv-388-BB (W.D. Ky.) (Beaton, J.): preliminarily approved settlement valued at over **$34 million**, in a class action lawsuit involving 1.7 million class members. The lawsuit alleges an infotainment system defect in certain Mazda automobiles. The proposed settlement provides a 24-month warranty extension and a reimbursement program through which class members can recoup certain out of pocket expenses. Mr. Ferich is one of two court-appointed co-lead counsel.

*Steinhardt et al. v. Volkswagen Group of America, Inc. et al.*, No. 3:23-cv-02291-RK-RLS (D.N.J.) (Kirsch, J.): approved settlement valued at over **$30 million**, in a class action lawsuit alleging a defective belt start generator in certain Audi automobiles that involved hundreds of thousands of class members. Mr. Ferich was appointed settlement co-lead class counsel. In granting final settlement approval, the Court stated that Mr. Ferich and his team "are highly experienced and dedicated attorneys who secured what I view to be an excellent outcome for the class."

*In re MyFord Touch Consumer Litig.*, No. 13-cv-03072-EMC (N.D. Cal.) (Chen, J.): **$17 million** approved settlement in this consumer class action concerning allegedly defective MyFord Touch infotainment systems, which settled shortly before trial. Mr. Ferich was an instrumental part of the litigation team, including substantial contributions to trial preparation.

*Udeen v. Subaru of Am., Inc.*, No. 18-17334 (RBK) (JS) (D.N.J.) (Kugler, J.): Mr. Ferich was co-lead counsel in this class action involving a defect in the Starlink infotainment system in certain Subaru automobiles that resulted in an approved settlement valued at **$6.25 million**. The Court observed that Mr. Ferich and his co-counsel "are very skilled and very efficient lawyers . . . . They've done a nice job."

*Cilluffo, et al. v. Subaru of America, Inc., et al.*, No. 1:23-cv-01897-KMW-AMD (D.N.J.) (Williams, J.): Mr. Ferich was interim co-lead counsel in a second case against Subaru alleging defective Starlink infotainment systems in certain Subaru vehicles.

*Daley, et al. v. Toyota Motor North America, Inc.*, No. 2:24-cv-01318-mkl (D. Vt.) (Lanthier, J.): Mr. Ferich led this litigation where, Plaintiffs alleged that certain model year Toyota Tundra and Tundra hybrid vehicles are plagued with a defect that causes lurching or delayed acceleration upon pressing the accelerator, also known as "throttle lag."

### *Active Litigation and Leadership*

*McNeely, et al. v. FCA US, LLC*, No. 5:24-cv-11596-JEL-DRG (E.D. Mich.) (Levy, J.): Mr. Ferich identified and developed this case, and is leading this litigation on behalf of his firm. In this case, Plaintiffs allege that certain Fiat Chrysler vehicles across various model years suffer from a host of issues that cause the vehicles' Uconnect infotainment system to work intermittently or fail.

*Le Beau, et al. v. Kia America, Inc.*, No. 8:22-cv-01545-FWS-JDE (C.D. Cal.) (Slaughter, J.): Mr. Ferich identified and developed this case, and is leading this litigation with co-counsel. In this case, Plaintiffs allege that certain model year Kia Optima and Sportage vehicles suffer from defective power window regulators that cause the power windows to fail over time.

*Iwan v. Nissan North America, et al.*, No. 3:25-cv-01183 (M.D. Tenn.) (Campbell, J.): Mr. Ferich is leading this litigation with co-counsel in a class action lawsuit alleging that certain model year Nissan Pathfinder vehicles suffer from a defect that causes excessive and premature rear brake pad wearing.

*Delucia-Roitman, et al. v. Nissan North America, et al.*, No. 3:26-cv-00014 (M.D. Tenn.) (Campbell, J.): Mr. Ferich is leading this litigation with co-counsel in a class action lawsuit alleging that certain model year Nissan Rogue vehicles suffer from a defect that causes rear windshields to spontaneously shatter without any impacting force.

### PRODUCTS LIABILITY AND DEFECTIVE PRODUCTS LITIGATION

### *Results*

*In re: MacBook Keyboard Litig.*, No: 5:18-cv-02813-EJD (N.D. Cal.) (Davila, J.): **$50 million** approved settlement that alleged certain Apple MacBook laptop models contained a known defect plaguing the functionality of Apple's notorious butterfly keyboard. Mr. Ferich identified and developed this proprietary, high profile, and highly covered case. He also developed the relevant legal theories, and was instrumental in litigating this action. In granting final settlement approval, the Court noted that plaintiffs' counsel "achieved excellent results for the class.").

*In re Nexus 6P Prods. Liab. Litig.*, No. 5:17-cv-02185-BLF (N.D. Cal.) (Freeman, J.): **$9.75 million** approved settlement in an action alleging that Google smartphones contained a defect that caused "bootlooping" and sudden battery drain. Mr. Ferich principally was involved in litigating this case to settlement.

*Weeks, et al. v. Google LLC*, No. 5:18-cv-00801-NC (N.D. Cal.) (Cousins, J.): **$7.25 million** approved settlement in a consumer class action alleging that Google sold first-generation Pixel smartphones with a known microphone defect. Mr. Ferich principally was involved in litigating this case to settlement.

### *Active Litigation and Leadership*

*In re Apple Data Privacy Litig.*, No. 5:22-cv-07069-EJD (N.D. Cal.) (Davila, J.): Mr. Ferich developed and principally litigates this case for his law firm. The litigation alleges that certain Apple mobile devices continue to record and track user activity even after consumers change their device settings to prevent data sharing.

*McFadden v. Microsoft Corp.*, No. C20-0640-RSM-MAT (W.D. Wash.) (Martinez, J.): Mr. Ferich was appointed as interim co-lead class counsel in a consumer products class action alleging that certain Microsoft Xbox controllers are plagued with a defect causing controller "drift."

### ERISA / RETIREMENT PLAN LITIGATION

### *Results*

*Davis, et al. v. Washington University in St. Louis, et al.*, No. 4:17-cv-01641-RLW (E.D. Mo.) (White, J.): **$7.5 million** approved common fund settlement in an ERISA class action lawsuit alleging excessive fees and other fiduciary breaches relating to one of the largest university 403(b) retirement plans, with nearly $6 billion in assets. Mr. Ferich identified, developed, and principally litigated this case, including drafting the briefing that revived the litigation on appeal to the United States Court of Appeals for the Eighth Circuit.

*Smith, et al. v. VCA Inc., et al.*, No. 2:21-cv-09140-GW-AGR (C.D. Cal.) (Wu, J.): **$1.5 million** approved common fund class action settlement in a lawsuit alleging violations of ERISA relating to excessive 401(k) plan recordkeeping and administrative fees, and other fiduciary breaches. Mr. Ferich was appointed co-lead class counsel.

*Tsui, et al. v. Universal Services of America, LP, et al.*, No. 8:22-cv-01158-JWH-JDE (C.D. Cal.) (Holcombe, J.): **$1.4 million** common fund class action settlement that has received preliminary approval in a lawsuit alleging violations of ERISA relating to excessive 401(k) plan recordkeeping and administrative fees, and other fiduciary breaches. Mr. Ferich is appointed co-lead class counsel. In granting preliminary settlement approval, the Court noted that Mr. Ferich is "highly qualified and experienced . . . in class action litigation, including ERISA litigation."

### *Active Litigation and Leadership*

*Reven, et al. v. The Cigna Group 401(k) Plan Retirement Plan Committee, et al.*, No. 2:25-cv-02465-JMY (E.D. Pa.) (Younge, J.): Mr. Ferich is appointed to the leadership team in this 401(k) retirement plan litigation alleging that the plan fiduciaries breached duties to plan participants by improperly using forfeiture dollars within the plan.

PRIVACY AND DATA BREACH LITIGATION

*Results*

*Anaya, et al. v. Cencora, Inc., et al.*, No. 24-2961 (E.D. Pa.) (Rufe, J.): **$40 million** approved common fund data breach settlement, that also provides robust injunctive relief. Mr. Ferich is court-appointed co-lead class counsel in this medical information hub-and-spoke-like data breach involving Cencora f/k/a AmerisourceBergen and numerous of its pharmaceutical company customers.

*In re Wawa, Inc. Data Breach Litigation*, No. 2:19-cv-06019 (E.D. Pa.) (Pratter, J.): data breach settlement including cash and gift cards and data security enhancements valued at no less than **$35 million** on behalf of consumers whose sensitive payment card information was exposed to criminals as part of a highly publicized data breach. Mr. Ferich identified and was instrumental in developing and litigating this lawsuit prior to settlement.

*In re loanDepot Data Breach Litigation*, Case No.: 8:24-cv-00136-DOC-JDEx (C.D. Cal.) (Carter, J.): **$25 million** approved common fund class action settlement on behalf of over 16.9 million class members in a data breach lawsuit against a large retail mortgage lender that involves highly sensitive personally identifying information. Mr. Ferich identified, developed, and principally litigated this case from inception through settlement.

*Heath, et al. v. Keenan & Associates, et al.*, Case No. 24STCV03018 (Cal. Super. Ct. Los Angeles Cty.): **$14 million** approved common fund class action settlement. Mr. Ferich is appointed co-lead class counsel.

*Harbour, et al. v. California Health & Wellness Plan, et al.*, No. 5:21-cv-03322 (N.D. Cal.) (Davila, J.): **$10 million** approved common fund class action settlement on behalf of 1.5 million victims in a medical information data breach case that is part of the Accellion hub-and-spoke data breach litigation. Mr. Ferich was appointed as co-lead counsel.

*Bianucci v. Rite Aid Corp.*, No. 2:24-cv-03356 (E.D. Pa.) (Bartle III, J.): approved **$6.8 million** approved common fund class action settlement on behalf of 2.2 million consumers who had, among other data, their driver's license information compromised. Mr. Ferich is appointed co-lead class counsel. Mr. Ferich spearheaded efforts on behalf of the class in this litigation, including severing the settlement from Rite Aid's bankruptcy proceedings. After rescuing the settlement from bankruptcy, Mr. Ferich argued the fairness hearing, during which Judge Bartle commented, "I just want to thank counsel for the good job they did in bringing this thing to a resolution. It could have been a very complicated and time-consuming matter and very expensive." In the opinion and order granting final settlement approval, Judge Bartle commented that Mr. Ferich and his team are "highly experienced in data privacy and class action litigation and [were] chosen due to their expertise." The Court also commended Mr. Ferich for being "notably efficient in resolving the[] claims before bankruptcy," noting that the way in which counsel "dealt with Rite Aid's intervening bankruptcy" was "admirable," and concluded that Mr. Ferich's team "could not have secured a better outcome for the class."

*Cochran, et al. v. The Kroger Co., et al.*, No. 5:21-cv-01887-EJD (N.D. Cal.) (Davila, J.): **$5 million** approved common fund class action settlement on behalf of 3.82 million victims in a medical information data breach case that is part of the Accellion hub-and-spoke data breach litigation. Mr. Ferich was appointed as co-lead counsel.

*In re: Geisinger Health Data Security Incident Litig.*, No. 4:24-cv-01071-MWB (M.D. Pa.) (Brann, J.): Mr. Ferich is appointed to the PSC in this health information data breach litigation. Preliminary approval of a **$5 million** common fund class action settlement was granted.

*Smeltz, et al. v. Logan Health, et al.*, No. A-DV-22-0124 (Mont. 8th Jud. Dist. Ct., Cascade Cty.): **$4.3 million** approved common fund class action settlement on behalf of hundreds of thousands of Montanans whose sensitive medical information was reportedly exposed to cybercriminals. Mr. Ferich was appointed as co-lead class counsel. On appeal to the Montana Supreme Court, Mr. Ferich wrote the appellate briefing and overcame an objection that resulted in published opinion affirming the final approval order and shaped class action jurisprudence in the State of Montana.

*Rivera, et al. v. Essen Medical Associates, P.C. d/b/a Essen Health Care*, Index No. 801239/2024E N.Y. Supreme Court Bronx Cty.): Preliminary approval of a **$4 million** common fund settlement has been granted. Mr. Ferich is leading this class action litigation with co-counsel on behalf of nearly 908,000 victims in a medical data breach case.

*Nelson, et al. v. Connexin Software Inc. d/b/a Office Practicum*, No. 2:22-cv-04676-JDW (E.D. Pa.) (Wolson, J.): **$4 million** approved common fund class action settlement on behalf of millions of victims in a pediatric medical information data breach case. Mr. Ferich was appointed to the Plaintiffs' Steering Committee.

*Leitermann, et al. v. Forefront Dermatology SC, et al.*, No. 1:21-cv-00887-LA (E.D. Wis.) (Adelman, J.): **$3.75 million** approved common fund class action settlement on behalf of millions of victims in a medical data breach case. Mr. Ferich was appointed as co-lead class counsel.

*Jordan, et al. v. Absolute Dental Group, LLC, et al.*, No. 2:25-cv-00986-JAD (D. Nev.) (Dorsey, J.): **$3.3 million** common fund class action settlement pending preliminary approval in a healthcare data breach impacting over 1.2 million people. Mr. Ferich is appointed as one of interim co-lead counsel.

*Gravley, Sr., et al. v. Fresenius Vascular Care, Inc. d/b/a Azura Vascular Care*, No. 2:24-cv-01148 (E.D. Pa.) (Baylson, J.): **$3.15 million** approved common fund class action settlement on behalf of approximately 334,000 class members in a medical data breach case. Mr. Ferich is appointed as co-lead class counsel.

*In re: Eskenazi Health Data Incident Litig.*, No. 49D01-2111-PL-038870 (Ind. Comm. Ct. Jan. 24. 2022): **$2.5 million** approved common fund class action settlement on behalf of approximately 160,000 victims in a medical data breach case. Mr. Ferich was appointed to the plaintiffs' steering committee.

*Kranz-Mitchell, et al. v. Excelsior Orthopaedics, LP, et al.*, Index # 812753/2024 (Erie Cty. New York Supreme Court): preliminary approval of a **$2.4 million** common fund settlement has been granted in this health information data breach litigation implicating over 350,000 breach victims. Mr. Ferich is appointed as co-lead counsel.

*Russo, et al. v. OP Pharmacy, LLC*, No. 3:24-cv-00649-RGJ (W.D. Ky.) (Jennings, J.): **$2.115 million** common fund class action settlement in a hospice pharmacy data breach case, pending preliminary approval. Mr. Ferich is appointed interim co-lead class counsel.

*Lukens v. Utah Imaging Assocs.*, No. 210906618 (Dist. Ct. Salt Lake Cty., Utah): **$2.1 million** approved common fund class action settlement on behalf of nearly 584,000 victims in a medical data breach case. Mr. Ferich was appointed as one of two co-lead class counsel.

*Briscoe v. First Financial Credit Union*, No. D-202-CV-2022-02974 (New Mexico 2d Judicial Dist. Ct. Bernalillo Cty.): **$1.6 million** approved common fund class action settlement on behalf of approximately 230,000 victims in a credit union data breach case. Mr. Ferich was appointed as co-lead counsel.

*Pessia, et al. v. Warren General Hospital*, Case No. 501 (Pa. Com. Pl. Warren Cty.): **$1.3 million** approved common fund class action settlement on behalf of hundreds of thousands of victims in a medical data breach case. Mr. Ferich was appointed as one of two co-lead class counsel.

*Kesner, et al. v. UMass Mem'l Health Care, Inc.*, No. 2185 CV 01210 (Mass. Super. Ct.): **$1.2 million** approved common fund class action settlement on behalf of hundreds of thousands of class members in a medical data breach case. Mr. Ferich was appointed co-lead class counsel.

*Finn, et al. v. Empress Ambulance Service, LLC.*, Index No. 61058/2023 (N.Y. Supreme Court Westchester Cty.): **$1.05 million** approved common fund class action settlement on behalf of approximately 308,000 million victims in a medical data breach case. Mr. Ferich was appointed co-lead class counsel and overcame an objection to the settlement.

*Breneman, et al. v. Keystone Rural Health Center d/b/a Keystone Health*, No. 2023-618 (Pa. Com. Pl. Franklin Cty.): **$900,000** approved common fund class action settlement on behalf of hundreds of thousands of victims who sensitive medical and other person information was disclosed in a data breach. Mr. Ferich was appointed as class counsel. He previously had been appointed as interim co-lead counsel in the federal court companion case, *In re Keystone Data Breach Litig.*, No. 1:22-cv-01643-CCC (M.D. Pa.).

*Warren v. Pomona Valley Hospital Medical Center*, Case No. 23STCV05324 (Cal. Super. Ct. Los Angeles Cty.): final settlement approval of a **$600,000** common fund settlement granted in a data tracking class action lawsuit in which plaintiff alleges that hospital defendant implemented and used the Meta Pixel tracking code on its website, which resulted in class members' website activity and communications being shared with Facebook.

*Perdue v. Hy-Vee, Inc.*, No. 1:19-cv-01330 (C.D. Ill.): Mr. Ferich was appointed co-lead class counsel in payment card data breach litigation, where the settlement received final approval and included corporate commitments with a value of at least $20 million in data security improvements.

*Easter, et al. v. Sound Generations*, No. 21-2-16953-4 SEA (Wash. Super. Ct. King Cty.): Mr. Ferich was appointed class counsel in a medical information data breach class action impacting 600,000 people, where final settlement approval was granted.

*Lepore, et al. v. Affiliated Dermatologists*, No. MRS-L-1091-21 (N.J. Super. Ct.): Mr. Ferich is appointed as one of lead counsel in this health information data breach litigation where hundreds of thousands of class members were impacted. Final approval of a settlement valued at millions of dollars of benefits to settlement class members is pending.

*McCullough v. True Health New Mexico, Inc.*, No. D-202-CV-2021-06816 (New Mexico 2d Judicial Dist. Ct. Bernalillo Cty.): Mr. Ferich was appointed class counsel in a medical information data breach class action impacting 63,000 people, where final settlement approval was granted.

*Bray, et al. v. GameStop Corp.*, No. 1:17-cv-01365 (D. Del.) (Jones III, J.): Mr. Ferich was principally responsible for this payment card data breach litigation that involved 1.3 million credit and debit card holder class members. Mr. Ferich's efforts led to a nationwide class action settlement. In approving the settlement in this matter, the District Judge commented that the settlement was "so comprehensive that there's really nothing else that I need developed further . . . ."

*Gordon, et al. v. Chipotle*, Case No. 17-cv-01415-CMA-SKC (D. Colo.) (Arguello, J.): Mr. Ferich identified, developed, and principally litigated this payment card data breach lawsuit alleging millions of debit and credit cardholders who shopped at Chipotle stores were impacted by a payment card breach. In approving the settlement, the Court observed that plaintiffs' counsel have "extensive experience in class action litigation . . . ."

*In re The Salvation Army Data Breach Litigation*, No. 1:25-cv-01013 (E.D. Va.) (Nachmanoff, J.): Mr. Ferich was appointed co-lead counsel in this data breach litigation allegedly involving sensitive personal information.

*Brousseau v. Arctic Glacier U.S.A., Inc.*, No. 2:25-cv-04440-GAM (E.D. Pa.) (McHugh, J.): Mr. Ferich was appointed one of three interim co-lead counsel in this data breach litigation involving alleged disclosure of sensitive personal information.

### Active Litigation and Leadership

*In re: Snowflake, Inc. Data Security Breach Litigation*, 2:24-md-03126-BMM, ECF Nos. 253, 255 (D. Mont.) (Morris, J.): Mr. Ferich is appointed to the Plaintiffs' Steering Committee and to serve on the law and briefing team and co-manage the Snowflake component of this sprawling hub-and-spoke data breach multi-district litigation.

*Reichbart v. Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-01876 (E.D. Pa.) (Quiñones Alejandro, J.): Mr. Ferich is one of four court-appointed interim co-lead class counsel in a data breach class action lawsuit involving a debt collection company and its customers, in which over four million class members are impacted.

*Volio v. Sugarhouse HSP Gaming, L.P. d/b/a Rivers Casino Philadelphia, et al.*, No. 2:25-cv-00039-JDW (E.D. Pa.) (Wolson, J.): Mr. Ferich is one of four court-appointed interim co-lead class counsel in a casino data breach involving Social Security numbers and direct deposit information.

*In re HealthEquity, Inc. Data Security Incident Litig.*, No. 2:24-cv-00528-JNP-CMR (D. Utah) (Parrish, J.): Mr. Ferich is appointed as one of lead counsel on the Plaintiffs' Executive Committee in this health information data breach litigation.

*In re GEICO Customer Data Breach Litig.*, No. 1:21-cv-02210-NCM-SJB (E.D.N.Y.) (Merle, J.): Mr. Ferich identified, developed, and principally litigates this case alleging that GEICO disclosed sensitive information, including information from motor vehicle records, as part of a data security incident, in violation of the law, including the federal Drivers Privacy Protection Act (DPPA), 28 U.S.C. §§ 2721, *et seq.*

*In re MAPFRE Data Disclosure Litig.*, No. 1:23-cv-12059-IT (D. Mass.) (Talwani, J.): Mr. Ferich developed and assists in litigating this case alleging that MAPFRE disclosed sensitive information, including information from motor vehicle records, as part of a data security incident, in violation of the law, including the federal Drivers Privacy Protection Act (DPPA), 28 U.S.C. §§ 2721, *et seq.*

*Dimoff, et al. v. Allegheny Health Network, et al.*, No. 2:25-cv-00125-NR (W.D. Pa.) (Ranjan, J.): Mr. Ferich is appointed as one of interim class counsel in this health network data breach litigation impacting nearly 300,000 people.

*Hudson, et al. v. Pennsylvania State Education Association*, No. 2025-cv-02411 (Pa. Com. Pl. Dauphin Cty.): Mr. Ferich is appointed to the Plaintiffs' Steering Committee in this teachers association data breach case that impacts approximately 500,000 victims.

*Cousin, et al v. Sharp Healthcare*, 3:22-cv-02040-MMA-DDL (S.D. Cal.): data tracking class action in which Plaintiffs allege that healthcare system defendant implemented and used the Meta Pixel tracking code on its website, which resulted in class members' website activity and communications being shared with Facebook. Plaintiffs allege that defendant embeds the Meta Pixel tool into the pages of defendant's website, allowing defendant to monitor how patients and visitors interact with its website and that the pixel tracks users as they navigate through defendant's website and logs which pages are visited, which buttons are clicked, information entered into tools, search queries, and other information, namely with respect to defendant's appointment scheduling page. Plaintiffs further allege that this information is collected not just by the defendant, but also by Facebook because the pixel simultaneously transmits all the information defendant receives to Facebook. Plaintiffs contend that these practices violate multiple California privacy laws and invade Plaintiff's and Class Members' privacy.

*Stern, et al. v. Academy Mortgage Corp.*, No. 2:24-cv-00015 (D. Utah) (Barlow, J.): Mr. Ferich is leading this class action litigation with co-counsel on behalf of 284,000 individuals who had their sensitive personal information disclosed in a data breach.

*Minter v. Finwise Bank, et al.*, No. 2:25-cv-00569-JNP-CMR (D. Utah) (Parrish, J.): Mr. Ferich is appointed as one of interim co-lead counsel in this financial services company data breach impacting many victims.

*Keene v. Tekni-Plex, Inc.*, No. 2:25-cv-05584-CFK (E.D. Pa.) (Kenney, J.): Mr. Ferich is appointed interim co-lead class counsel in this data breach litigation.

*Hall v. Healthcare Services Group Inc.*, No. 2:25-cv-04908-JDW (E.D. Pa. Nov. 25, 2025) (Wolson, J.): Mr. Ferich is appointed one of three co-lead counsel, after the Court concluded that he can "best represent the putative class," in this health information data breach class action impacting hundreds of thousands of breach victims.

*Ramirez, et al. v. Princeton University*, No. 3:25-cv-17654 (D.N.J. Dec. 10, 2025) (Kirsch, J.): Mr. Ferich was appointed as co-lead counsel in a data breach class action reportedly impacting alumni, donor, and other affiliated persons' sensitive information.

*Ding, et a. v. New York University*, No. 1:25-cv-02416-ER (S.D.N.Y.) (Ramos, J.): Mr. Ferich is appointed to the Plaintiffs' Executive Committee in this university data breach class action litigation.

*Vasquez, et al. v. Central Jersey Medical Center, Inc.*, No. MID-L-007483-25 (N.J. Super. Ct.): Mr. Ferich is appointed as one of interim co-lead class counsel in this medical data breach class action litigation.

*In re Covenant Health Data Breach Litigation*, No. 1:26-cv-10032-WGY (D. Mass.) (Young, J.): Mr. Ferich is appointed as one of two interim co-lead counsel in this data breach litigation where the data breach at issue impacted hundreds of thousands of victims.

QUI TAM / WHISTLEBLOWER LITIGATION

*United States ex rel. Fadlalla, et al. v. Dyncorp Internation, LLC, et al.*, No. 8:15-cv-01806-PX (D. Md.) (Xinis, J.): Mr. Ferich principally litigated this *qui tam* action brought under the federal False Claims Act, 31 U.S.C. §§ 3729, *et seq.* The litigation involved government contracts awarded by INSCOM to a linguist solutions contractor to provide linguist support to United States military and intelligence efforts in the Middle East. The whistleblowers alleged that the primary contractor failed to comply with subcontracting requirements for small and minority-owned businesses and submitted false claims for reimbursement under the contracts. The litigation also alleged that the linguist-whistleblowers were subjected to treatment and conditions that violated the Trafficking Victims Protection Reauthorization Act, 18 U.S.C. §§ 1581, *et seq.*

PROPERTY RIGHTS LITIGATION

*Hughes v. UGI Storage Co.*, 263 A.3d 1144 (Pa. 2021): Mr. Ferich wrote the winning brief in this precedent setting *de facto* takings matter before the Pennsylvania Supreme Court, which resulted in a 6-0 reversal of the underlying Commonwealth Court decision that had affirmed the trial court's dismissal of the case.